**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-6904**

ELBERT SIMPKINS,

Plaintiff - Appellant,

v.

SHERIFF AL CANNON; CAPTAIN KEYS; NFN RANDALL; LT JOHNSON,
classification dept; CO NFN LOVE; CO NFN VEGAS,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Orangeburg.  G. Ross Anderson, Jr., Senior
District Judge. (5:12-cv-01447-GRA)

Submitted:  September 26, 2013       Decided:  September 30, 2013

Before SHEDD, DUNCAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Elbert Simpkins, Appellant Pro Se.  Christopher Thomas Dorsel,
Sandra J. Senn, SENN LEGAL, LLC, Charleston, South Carolina, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Elbert Simpkins appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Simpkins' motion for a transcript at government expense and affirm for the reasons stated by the district court. Simpkins v. Cannon, No. 5:12-cv-01447-GRA (D.S.C. May 28, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2